United States District Court
For The District of Columbia

Thomasine Washington
  Plaintiff

Case: 1:19-cv-00144 (F-DECK)
Assigned To : Unassigned
Assign. Date : 1/23/2019
Description: Civil Gen.

V.

Levy Food Service
  Defendant

I'm asking for a knew here case number 182742 (ABJ) I'm not lawyer and I dont unstand the legal matters I'm asking for attorney to help me with this case I have medicare medicale issue with Levy Food Service, I am gaeung everything that I have on I have vedio tap of every on this case. Thank you

Thomasine Washington
526 50th Pl. N.E. 31
Wash DC 20019
202) 396-0879

RECEIVED JAN 23 2019 Clerk, U.S. District & Bankruptcy Courts for the District of Columbia